UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-cv-61798-GAYLES/STRAUSS

**JUAN ALBERTO LOPEZ**,

    Plaintiff,

v.

**ANDREW SAUL,**
**Commissioner of Social Security**,

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation (the "Report"), [ECF No. 24], regarding Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (the "Motion") [ECF No. 23]. This case was referred to Magistrate Judge Jared M. Strauss, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive and a report and recommendation on any dispositive matters. [ECF Nos. 4, 16]. On September 28, 2020, Judge Strauss issued his Report recommending that the Court grant the Motion. Neither party timely filed objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Strauss's well-reasoned analysis and agrees that the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Strauss's Report and Recommendation, [ECF No. 24], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, [ECF No. 23], is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of November, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE